IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03397-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DEMETRIUS FREEMAN,

    Plaintiff,

v.

ALICIA VINEYARD, MLP,
FEDERAL BUREAU OF PRISONS, and
100 JOHN AND JANE DOES,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Demetrius Freeman, initiated this action on December 16, 2013, by filing a Prisoner Complaint and a Letter requesting leave to proceed *in forma pauperis*.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   X   is missing authorization to calculate and disburse filing fee payments

(7) ____ is missing an original signature by the prisoner
(8) ____ is not on proper form
(9) ____ names in caption do not match names in caption of complaint, petition or habeas application
(10) ____ other: § 1915 motion is not necessary if $400 filing fee is paid in advance

**Complaint, Petition or Application**:

(11) ____ is not submitted
(12) ____ is not on proper form
(13) ____ is missing an original signature by the prisoner
(14) ____ is missing page nos. ____
(15) ____ uses et al. instead of listing all parties in caption
(16) ____ names in caption do not match names in text
(17) ____ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ____ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED December 18, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge