IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-03397-MSK-CBS | Date: July 9, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

DEMETRIUS FREEMAN  *Pro Se* (by telephone)

Plaintiff,

v.

ALICIA VINEYARD  Jacob Licht-Steenfat

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session: 09:59 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** Plaintiff's Motion for Order [26] is **DENIED** as stated on the record.  The issue of exhaustion will have to be resolved through further discovery and briefing.

Plaintiff would like to serve written discovery and requests for production.

Defense counsel intends to file Motion for Summary Judgment.

The Court address the Plaintiff on the discovery process.  The Plaintiff addresses the Complaint [1] and states there are attachments regarding proof of exhaustion that are missing.

**ORDERED:** Discovery cut-off is set for October 10, 2014.
Dispositive Motion deadline is set for November 14, 2014.

Hearing Concluded.

**Court in recess: 10:31 a.m.**
Time in court: 00:32

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.