IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 13-cv-03397-MSK-CBS          Date: March 23, 2015
Courtroom Deputy: Billie Diemand-Neligh    FTR – Reporter Deck-Courtroom A402

*Parties:*                                 *Counsel:*

DEMETRIUS FREEMAN,                         *Pro se* (by telephone)

Plaintiff,

v.

ALICIA VINEYARD,                           Jacob Licht-Steenfat

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 09:05 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding pending motions, statute of limitations and related case 10-cv-2690.

**ORDERED:**   [#56] Motion for Telephonic Hearing GRANTED IN PART AND DENIED IN PART as stated on the record. [#61] Motion for Discovery is DENIED. STAY Discovery pending a ruling on [#54] Motion for Summary Judgment.

HEARING CONCLUDED.

**Court in recess: 09:40 a.m.**
Total time in court: 00:35

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.